**SEALED DOCUMENT**



RECEIVED
U.S. MARSHAL
CONCORD, NH
2019 AUG 14 AM 7:28

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>DAWSON BOSTON<br><br>_Defendant_ | ) <br> ) Case No. 1:19-MJ-175-01-AJ <br> ) <br> ) <br> ) <br> ) |

FILED 2019 AUG 15 PM 4:21 U.S. DISTRICT COURT DISTRICT OF NH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ DAWSON BOSTON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 - Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substance

Date: 08/13/2019

_Issuing officer's signature_

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/13/2019, and the person was arrested on _(date)_ 8/15/2019
at _(city and state)_ USMS Concord.

Date: 8/15/2019

_Arresting officer's signature_

D. Dempsey DUSM
_Printed name and title_